IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JACQUELINE T. HODGES and
HRC SOLUTIONS, INC. (formerly known
MED-DATA MANAGEMENT, INC.),
        Plaintiffs,

v.                                Civil Action File No.: 1:07-CV-2985 CC

MEDASSETS NET REVENUE
SYSTEMS, LLC (as successor to
PROJECT METRO ACQUISITION, LLC),
        Defendant.

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL, WITH PREJUDICE**

Plaintiffs and Defendant hereby stipulate to the dismissal of this action on the following terms and conditions:

1. Each counterclaim made by MedAssets NRS against Plaintiffs, based on allegations of misrepresentations and fraud is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41, on the grounds that those claims have been withdrawn by MedAssets NRS.

2. All remaining claims and counterclaims asserted in this case are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41, on the grounds that those claims have been settled.

3. Each party shall bear its own costs and attorney's fees.

Dated: July 13, 2010.

 /s/ Douglas Kertscher  
Douglas R. Kertscher, Esq.  
Hill, Kertscher & Wharton, LLP  
3350 Riverwood Pkwy., Suite 800  
Atlanta, Ga. 30339  
Telephone: (770) 953-0995 Ext. 102  
Facsimile: (770) 953-1358Fax  

AND,  

/s/ Kirk Reasonover  
Kirk Reasonover (Bar No. 21039)  
Reasonover And Olinde, LLC  
400 Poydras Street, Suite 1980  
New Orleans, LA 70130  
Telephone: (504) 587-1440  
Facsimile:  (504) 587-1577  

*Counsel for Plaintiffs,*  
*Jacqueline T. Hodges and*  
*HRC Solutions, Inc.*

/s/ Angela Frazier  
Craig E. Bertschi, Esq.  
Georgia Bar No. 055739  
Angela N. Frazier, Esq.  
Georgia Bar No. 141239  
Kilpatrick Stockton, LLP  
1100 Peachtree Street, Suite 2800  
Atlanta, Georgia  30309  
Telephone:  (404) 815-6500  
Facsimile:   (404) 815-6555  

*Counsel for Defendant,*  
*MedAssets Net Revenue Systems, LLC*

Considering the foregoing Stipulation of Voluntary Dismissal, with Prejudice,

IT IS HEREBY ORDERED that all claims and counterclaims in this matter are dismissed, with prejudice, as set forth above.

Atlanta, Georgia, this _____ day of _____, 2010.

_____
Clarence Cooper
United States District Court Judge