# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JACQUELINE T. HODGES and
HRC SOLUTIONS, INC. (formerly known
MED-DATA MANAGEMENT, INC.),
        Plaintiffs,

v.　　　　　　　　　　Civil Action File No.: 1:07-CV-2985 CC

MEDASSETS NET REVENUE
SYSTEMS, LLC (as successor to
PROJECT METRO ACQUISITION, LLC),
        Defendant.

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL, WITH PREJUDICE

Plaintiffs and Defendant hereby stipulate to the dismissal of this action on the following terms and conditions:

1. Each counterclaim made by MedAssets NRS against Plaintiffs, based on allegations of misrepresentations and fraud is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41, on the grounds that those claims have been withdrawn by MedAssets NRS.

2.  All remaining claims and counterclaims asserted in this case are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41, on the grounds that those claims have been settled.

3.  Each party shall bear its own costs and attorney's fees.

Dated: July 13, 2010.

 /s/ Douglas Kertscher
Douglas R. Kertscher, Esq.
Hill, Kertscher & Wharton, LLP
3350 Riverwood Pkwy., Suite 800
Atlanta, Ga. 30339
Telephone: (770) 953-0995 Ext. 102
Facsimile: (770) 953-1358Fax

AND,

/s/ Kirk Reasonover
Kirk Reasonover (Bar No. 21039)
Reasonover And Olinde, LLC
400 Poydras Street, Suite 1980
New Orleans, LA 70130
Telephone: (504) 587-1440
Facsimile:  (504) 587-1577

*Counsel for Plaintiffs,
Jacqueline T. Hodges and
HRC Solutions, Inc.*

/s/ Angela Frazier
Craig E. Bertschi, Esq.
Georgia Bar No. 055739
Angela N. Frazier, Esq.
Georgia Bar No. 141239
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Telephone:  (404) 815-6500
Facsimile:   (404) 815-6555

*Counsel for Defendant,
MedAssets Net Revenue Systems, LLC*

Considering the foregoing Stipulation of Voluntary Dismissal, with Prejudice,

IT IS HEREBY ORDERED that all claims and counterclaims in this matter are dismissed, with prejudice, as set forth above.

Atlanta, Georgia, this __19th__ day of __JULY__, 2010.

__s/ CLARENCE COOPER__
Clarence Cooper
United States District Court Judge
